# UNITED STATES DISTRICT COURT

### for the

### Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

**MAY - 6 2013**

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| LARRY GENE HARRIS | ) | Case No: 4:05-cr-00008-012 |
| | ) | USM No: 11481-084 |
| Date of Previous Judgment: _____08/25/2006_____ | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: _____        Amended Offense Level: _____

Criminal History Category: _____        Criminal History Category: _____

Previous Guideline Range: _____ to _____ months        Amended Guideline Range: _____ to _____ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

The counts to which Defendant pleaded guilty and which served as the bases for his sentence (money laundering in violation of 18 U.S.C. § 1956(h)) were not affected by Amendment 750 and the Fair Sentencing Act. Thus, no reduction is authorized. Defendant's Motion to Appoint Counsel, included in the same filing as the present Motion, is also DENIED.

Except as provided above, all provisions of the judgment dated ___08/25/2006___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: _____05/06/2013_____

_____
Judge's signature

Effective Date: _____
(if different from order date)

Jackson L. Kiser, Senior United States District Judge
_____
Printed name and title